AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

<u>WESTERN</u> **DISTRICT OF** <u>NEW YORK</u>

UNITED STATES OF AMERICA  
v.

BHARAT KUMAR PATEL  
a.k.a. KETAN PATEL

**FILED**  
U.S. DISTRICT COURT  
WD OF NY

FEB 9 2009

AT_____O'C_____M.  
BY_____Am M_____  
TITLE_____

**CRIMINAL COMPLAINT**

CASE NUMBER:  09-M- 18

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about February 7, 2009, in the Western District of New York, the defendant, an alien, did, in a matter within the jurisdiction of the executive branch of the Government of the United States,  knowingly and willfully conceal material facts, make materially false statements, and make and use a false document, that is, an I-94W Form, knowing that it contained materially false entries, in violation of Title 18, United States Code, Sections 1001(a)(1), (a)(2), and (a)(3), and did willfully and knowingly use and attempt to use a false, counterfeited, and altered passport, in violation of Title 18, United States Code, Section 1543.

I further state that I am an Enforcement Officer with United States Customs and Border Protection, and that this Criminal Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:        ( ✔ ) Yes        ( ) No

DAVID PASQUALETTI  
Signature of Complainant

Sworn to before me and subscribed in my presence,

February  9 , 2009                          at        <u>Buffalo, New York</u>  
Date                                                           City and State

H. KENNETH SCHROEDER, JR.  
<u>United States Magistrate Judge</u>  
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK    )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO      )

David Pasqualetti, being duly sworn, deposes and states:

1. I am an Enforcement Officer with the Bureau of Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past four months. Before that, I was employed for approximately seven years by CBP, and its predecessor, Immigration and Naturalization Service, as an officer/inspector. As part of my current duties, I have become involved in an investigation of suspected violations of Sections 1001(a) and 1543 of Title 18 of the United States Code.

2. I make this Affidavit in support of a Criminal Complaint charging BHARAT KUMAR PATEL, a.k.a. KETAN PATEL, an alien, with knowingly and willfully concealing material facts, making materially false statements, and making and using a false document relative to a matter within Customs and Border Protection jurisdiction, in violation of Title 18 United States Code, Section 1001(a), and with knowingly

and willfully using and attempting to use a false, counterfeited and altered passport, in violation of Title 18 United States Code, Section 1543.

3. The statements contained in this Affidavit are based on my personal knowledge and upon information provided to me by other Customs and Border Protection Officers. Because this Affidavit is being submitted for the limited purposes of securing a Criminal Complaint, I have not included each and every fact known to me concerning this investigation.

4. At approximately 12:13 p.m. on February 7, 2009, at the Rainbow Bridge Port of Entry in Niagara Falls, New York, United States Customs and Border Protection ("CBP") Officer William Burbas encountered a vehicle at primary inspection driven by PATEL. PATEL presented a United Kingdom passport in the name KETAN PATEL, with a date of birth in January 1968, as proof of his identity and citizenship. Officer Burbas referred PATEL to secondary inspection.

5. The secondary inspection of PATEL was conducted by CBP Officer Ashley Anderson. As a part of routine

processing of a citizen of the United Kingdom applying for admission as a visitor, Officer Anderson gave PATEL an I-94W Form to complete. PATEL completed the form using the name KETAN PATEL with a date of birth in January 1968. PATEL answered "yes" to Question B on the back of the form, which asked whether he had prior arrests or a criminal history. He answered "no" to Question F, which asked whether he had ever been denied a United States visa or entry to the United States. PATEL completed the I-94W by signing the form and attesting to its veracity.

6. Additional routine automated record checks were conducted using the name and date of birth listed in PATEL's United Kingdom passport. Such checks revealed that PATEL was prohibited from leaving the Province of Ontario due to a pending criminal matter there. As a result of this information, CBP began to process PATEL for withdrawal of his application for admission to the United States and his return to Canada.

7. As a part of this routine processing, PATEL's fingerprints were electronically scanned and digitally submitted for comparison against known fingerprints on file in the United States. The electronic checks revealed that

PATEL had previously been issued a Fingerprint Identification Number ("FIN") and that his fingerprints were on file. Officer Anderson conducted an automated system query of the FIN which revealed that PATEL had previously been refused entry to the United States under the name BHARAT KUMAR PATEL, with a date of birth in September 1968, at Hartsfield International Airport in Atlanta, Georgia on February 18, 1998. This automated query provided a photograph which, upon inspection, appeared to be the same person claiming to be KETAN PATEL.

8. Further automated record checks of the name BHARAT KUMAR PATEL, with a date of birth in September 1968, revealed four non-immigrant visa denials from the United States Embassy in London, England. This automated query provided a photograph which, upon inspection, appeared to be the same person claiming to be KETAN PATEL.

Wherefore, based on the foregoing, I respectfully submit that there is probable cause to believe that on or about February 7, 2009, BHARAT KUMAR PATEL a.k.a. KETAN PATEL, did, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully conceal the material fact of his

true identity and immigration history, make false statements about these material facts, and make and use a document knowing that it contained materially false statements and entries regarding his identity and immigration history, in violation of Title 18, United States Code, Sections 1001(a)(1), (a)(2) and (a)(3), and did willfully and knowingly use and attempt to use a false, counterfeited and altered passport, in violation of Title 18, United States Code, Section 1543.

DAVID PASQUALETTI


Sworn and subscribed to before
me this 9th day of February 2009.

H. KENNETH SCHROEDER, JR.
United States Magistrate Judge